**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>MEHRZAD J. RAHMAT<br><br>Debtor | Chapter 13<br><br>Case No. 22-10172-BFK |

**TRUSTEE'S OPPOSITION TO**
**SECOND MOTION TO EXTEND TIME TO FILE SCHEDULES,**
**STATEMENT AND PLAN**

    Thomas P. Gorman, Trustee, notes his opposition to Second Motion to Extend Time to File Schedules, Statement and Plan since it seeks an extension to a date after the scheduled March 22, 2022 Section 341 Meeting of Creditors.

Date: _March 17, 2022_____          ___/s/ Thomas P. Gorman_____
                                                                                      Thomas P. Gorman
                                                                                     Chapter 13 Trustee
                                                                                     300 N. Washington Street, #400
                                                                                     Alexandria, VA 22314
                                                                                     (703) 836-2226
                                                                                     VSB 26421

**Trustee's Opposition to Second Motion to Extend Times to Files Schedules, Statements and Plan**
Mehrzad J. Rahmat, Case # 22-10172-BFK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of March, 2022, served via ECF to authorized users or mailed a true copy of the foregoing Opposition to Second Motion to Extend Time to File Schedules, Statement and Plan to the following parties.

        Robert R. Weed
        Attorney for Debtor
        Law Offices of Robert Weed
        13800 Coppermine Rd.
        Herndon, VA 20171


        __/s/ Thomas P. Gorman_____
        Thomas P. Gorman